**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6759

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

ROMAINE SMITH, Correctional Officer; JOHN DOE,
Inmate,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-03-884)

Submitted:  June 10, 2004          Decided:  June 21, 2004

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis E. Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis E. Crawford appeals the district court's order denying his motion to reinstate an action filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act. He also appeals the district court's denial of his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Crawford v. Smith, No. CA-03-884 (E.D. Va. Apr. 23, 2004; Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED